D. Conn.
22-cv-318
Dooley, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of December, two thousand twenty-three.

Present:
> Raymond J. Lohier, Jr.,
> Richard J. Sullivan,
> Maria Araújo Kahn,
> > *Circuit Judges*.

_____

Joseph John Indelicato, III,

> *Plaintiff-Appellant*,

v.                                                                                                      23-84

United States of America, et al.,

> *Defendants-Appellees*,

Shipman & Goodwin LLP, et. al.,

> *Defendants*.

_____

Appellant, pro se, moves for CM/ECF filing privileges. This Court has determined sua sponte that it lacks jurisdiction over this appeal because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. *See Petrello v. White*, 533 F.3d 110, 113 (2d Cir. 2008). Upon due consideration, it is hereby ORDERED that the appeal is DISMISSED. It is further ORDERED that Appellant's motion is DENIED as moot.

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court

