## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JOSEPH JOHN INDELICATO, III,
    Plaintiff,

V.                                            Civil No. 3:22-cv-00318(KAD)

SHIPMAN & GOODWIN LLP, UNITED STATES OF AMERICA,
CHRISTOPHER WRAY, GEORGETOWN UNIVERSITY,
FENG K AN, FEDERAL BUREAU OF INVESTIGATION, SARALA NAGALA,
TANYA HUGHES, JASON THODY, FRANK BLANDO, 30 ARBOR ST LLC,
NEHA PARIKH, MATTHEW G. BERGER, DOES 1-19,
UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
    Defendants.

## JUDGMENT

This matter came on for consideration of defendants' Neha Parikh and Shipman & Goodwin LLP motion to dismiss before the Honorable Kari A. Dooley, United States District Judge. The Court has considered the full record of the case including applicable principles of law. On October 4, 2024, the Court issued a ruling granting the motion. With the remaining named defendants having been dismissed without prejudice, judgment shall enter in favor of defendants Neha Parikh and Shipman & Goodman LLP. It is therefore;

ORDERED, ADJUDGED and DECREED that judgment is entered in favor of defendants Neha Parikh and Shipman & Goodman LLP and the case is closed.

Dated at Bridgeport, Connecticut, this 28th day of October 2024.

                                          DINAH MILTON KINNEY,
                                          <u>Clerk By: /s/ Kristen Gould</u>
                                          Kristen Gould
                                          Deputy Clerk

<u>EOD: 10/28/2024</u>